## PRONER v. UNITED STATES.

No. 1022.  Decided June 23, 1969.

*Harris B. Steinberg* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *Benton* v. *Maryland, ante,* p. 784.

## ANDERSON ET AL. v. URBAN RENEWAL & COMMUNITY DEVELOPMENT AGENCY OF PADUCAH, KENTUCKY.

No. 1414.  Decided June 23, 1969.

*Michael Avedisian* for appellants.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.